UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re Braden J. Adolph, Debtor )
)
) Case No. 09-32836
) Judge Goldgar
) Chapter 7

ORDER GRANTING EXTENSION OF TIME TO TAKE RULE 2004
EXAMINATION OF DEBTOR AND DEBTOR'S SPOUSE

This cause coming to be heard upon Charles C. Happ (the "Creditor")'s Motion to Extend Time To Take Rule 2004 Examination of Debtor and Debtor's Spouse, the Court being fully advised,

**IT IS HEREBY ORDERED:**

The Court hereby extends the time for the Creditor to take the Rule 2004 examinations of Debtor and Debtor's Spouse to _September 17_, 2010. Final extension.

DATED this 23rd day of July, 2010

Entered:

_____
U.S. Bankruptcy Judge

2 3 JUL 2010