UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re Braden J. Adolph, Debtor    )
                                  )
                                  )    Case No. 09-32836
                                  )    Judge Goldgar
                                  )    Chapter 7

## ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR UNDER SECTION 727

This cause coming to be heard upon Charles C. Happ (the "Creditor")'s Motion to Extend Time to File Complaint Objecting to Discharge of Debtor under Section 727 of the U.S. Bankruptcy Code, the Court being fully advised,

**IT IS HEREBY ORDERED:**

The Court hereby extends the time for the Creditor to file a complaint objecting to the discharge of the Debtor under Section 727 of the U.S. Bankruptcy Code to Nov. 12, 2010. FINAL ~~DISCESS~~ EXTENSION.

DATED this 8th day of October, 2010

Entered:

_____
U.S. Bankruptcy Judge

0 8 OCT 2010