# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re Braden J. Adolph, Debtor      )
     )
     )      Case No. 09-32836
     )      Judge Goldgar
     )      Chapter 7

## ORDER GRANTING EXTENSION OF TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS UNDER SECTION 523

This cause coming to be heard upon Charles C. Happ (the "Creditor")'s Motion to Extend Time to File Complaint to Determine Dischargeability of Certain Debts under Section 523 of the U.S. Bankruptcy Code, the Court being fully advised,

**IT IS HEREBY ORDERED:**

The Court hereby extends the time for the Creditor to file a complaint to determine dischargeability of certain debts under Section 523 of the U.S. Bankruptcy Code to _Nov. 12,_ 2010. _FINAL EXTENSION._

Entered:

_____
U.S. Bankruptcy Judge

DATED this 8th day of October, 2010

0 8 OCT 2010